**DENY; and Opinion Filed July 15, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00798-CV

### IN RE DEBRA ARNITA EPPS, IRVING HOLDINGS, INC. D/B/A YELLOW CAB, AND HINES AUTO LLC, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00843**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is relators' petition for writ of mandamus in which they contend the trial court lacked jurisdiction to reinstate the underlying case. The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relators' petition for writ of mandamus.

/s/ Craig Stoddart

CRAIG STODDART
JUSTICE

160798F.P05